# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jennifer Smith, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-cv-667 PAM/FLN |
| v. | ) |
| | ) |
| Advanced Financial Solutions, Inc., | ) |
| and John Doe, | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 4, filed by Plaintiff on August 16, 2009, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

BY THE COURT:

Dated: August 18, 2009

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge, United States District Court